

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
NOV 06 2019
JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | No. 4:19CR 00633 BSM |
| ) | |
| v. ) | |
| ) | 21 U.S.C. § 841(a)(1), (b)(1)(A), (B), (C),(E) |
| ) | 18 U.S.C. § 924(c)(1)(A) |
| ) | 18 U.S.C. § 922(g)(1) |
| O.C. RAWLS ) | |
| KEVION LYNELL LITTLEJOHN ) | |
| BOBBY CHARLES BURKS aka Bird ) | |
| TAUJI LAEWON RAWLS ) | |
| SHONQUELOUS VITEE BURNETT ) | |
| KENNETH LARAY JOHNSON ) | |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT 1

From in or about 2017, until on or about November 5, 2019 in the Eastern District of Arkansas and elsewhere, the defendants,

O.C. RAWLS
KEVION LYNELL LITTLEJOHN
BOBBY CHARLES BURKS aka Bird
TAUJI LAEWON RAWLS
SHONQUELOUS VITEE BURNETT, and
KENNETH LARAY JOHNSON,

voluntarily and intentionally conspired with each other and other persons known and unknown to the grand jury, to knowingly and intentionally possess with intent to distribute cocaine hydrochloride and cocaine base, Schedule II controlled substances, in violation of Title 21, United States Code, Section 841(a)(1).

1. With respect to defendants O.C. RAWLS, KEVION LYNELL LITTLEJOHN, BOBBY CHARLES BANKS aka Bird, and SHONQUELOUS VITEE BURNETT,

the amount of cocaine hydrochloride, a Schedule II controlled substance, involved in the conspiracy attributable to each of them as a result of his own conduct, and the conduct of other co-conspirators reasonably foreseeable to him, is 5 kilograms or more of a mixture or substance containing a detectable amount of cocaine hydrochloride, in violation of Title 21, United States Code, Section 841(b)(1)(A).

2. With respect to defendant TAUJI LAEWON RAWLS and KENNETH LARAY JOHNSON, the amount of cocaine hydrochloride, a Schedule II controlled substance, involved in the conspiracy attributable to each of them as a result of his own conduct, and the conduct of other co-conspirators reasonably foreseeable to him, is less than 500 grams of a mixture or substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 841(b)(1)(C).

All in violation of Title 21, United States Code, Section 846.

3. Before the defendant committed the offense charged in this count, the defendant, O.C. RAWLS, had one conviction for a serious drug felony for which he served more than 12 months of imprisonment and for which he was released from serving any term of imprisonment related to that offense within 15 years of the commencement of the instant offense, namely: Possession with Intent to Distribute Cocaine in the Federal District Court for the Eastern District of Arkansas, in Case Number 4:05CR00068 JMM.

## COUNT 2

On or about February 19, 2019, in the Eastern District of Arkansas, the defendant,

O.C. RAWLS,

knowingly and intentionally possessed with intent to distribute and distributed less than 500 grams of a mixture and substance containing a detectable amount of cocaine hydrochloride, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

### COUNT 3

On or about March 1, 2019, in the Eastern District of Arkansas, the defendant,

O.C. RAWLS,

knowingly and intentionally possessed with intent to distribute and distributed less than 500 grams of a mixture and substance containing a detectable amount of cocaine hydrochloride, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

### COUNT 4

On or about April 2, 2019, in the Eastern District of Arkansas, the defendant,

O.C. RAWLS,

knowingly and intentionally possessed with intent to distribute and distributed less than 500 grams of a mixture and substance containing a detectable amount of cocaine hydrochloride, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

### COUNT 5

On or about May 8, 2019, in the Eastern District of Arkansas, the defendant,

KEVION LYNELL LITTLEJOHN,

knowingly and intentionally possessed with intent to distribute at least 500 grams, but less than 5 kilograms of a mixture and substance containing a detectable amount of cocaine hydrochloride, a

Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

## COUNT 6

On or about May 16, 2019, in the Eastern District of Arkansas, the defendant,

BOBBY CHARLES BURKS aka Bird,

knowingly and intentionally possessed with intent to distribute less than 500 grams of a mixture and substance containing a detectable amount of cocaine hydrochloride, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT 7

On or about May 16, 2019, in the Eastern District of Arkansas, the defendant,

TAUJI LAEWON RAWLS,

knowingly and intentionally possessed with intent to distribute alprazolam, a Schedule IV controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(E).

## COUNT 8

On or about May 16, 2019, in the Eastern District of Arkansas, the defendant,

TAUJI LAEWON RAWLS,

knowingly and intentionally possessed one or more of the following firearms, that is:

1. a Llama .45 caliber handgun, serial number A12982;
2. a Draco Cal. 7.62x39mm, serial number DA778215RO;
3. a Ruger P93DC, 9mm handgun, serial number 30625082; and
4. a Masterpiece Arms 9mm handgun, serial number F2879,

4

in furtherance of a drug trafficking crime prosecutable in a court of the United States, that is: a violation of Title 21, United States Code, Section 846, as set forth in Count 1 of this Indictment, and Title 21, United States Code, Section 841(a)(1) as charged in Count 7 of this Indictment.

All in violation of Title 18, United States Code, Section 924(c)(1)(A).

## COUNT 9

A.  On or about May 16, 2019, the defendant,

TAUJI LAEWON RAWLS,

had been previously and knowingly convicted of one or more of the following crimes punishable by a term of imprisonment exceeding one year:

1. Simultaneous Possession of Drugs and Firearms, in Pulaski County, Arkansas, Circuit Court, case number 2005-4977;

2. Possession of Cocaine with Purpose to Deliver, in Pulaski County, Arkansas, Circuit Court, case number 2005-4977;

3. Possession of Drug Paraphernalia, in Pulaski County, Arkansas, Circuit Court, case number 2005-4977; and

4. Possession of a Firearm by Certain Persons in Pulaski County, Arkansas, Circuit Court, case number 2005-4977.

B.  On or about May 16, 2019, in the Eastern District of Arkansas, the defendant,

TAUJI LAEWON RAWLS,

knowingly possessed, in and affecting commerce, one or more of the following firearms:

1. a Llama .45 caliber handgun, serial number A12982;

    2.   a Draco Cal. 7.62x39mm, serial number DA778215RO;

    3.   a Ruger P93DC, 9mm handgun, serial number 30625082; and

    4.   a Masterpiece Arms 9mm handgun, serial number F2879.

All in violation of Title 18, United States Code, Section 922(g)(1).

### COUNT 10

A.    On or about May 16, 2019, the defendant,

**SHONQUELOUS VITEE BURNETT,**

had been previously and knowingly convicted of one or more of the following crimes punishable by a term of imprisonment exceeding one year:

    1.   Possession of a Controlled Substance Schedule I, II, Pulaski County, Arkansas Circuit Court, case number 1997-2944;

    2.   Possession of Firearm by Certain Persons, Pulaski County, Arkansas Circuit Court, case number 99-4636; and

    3.   Manslaughter, Pulaski County, Arkansas Circuit Court, case number 2006-1697.

B.    On or about May 16, 2019, in the Eastern District of Arkansas, the defendant,

**SHONQUELOUS VITEE BURNETT,**

knowingly possessed, in and affecting commerce, one or more of the following firearms and ammunition:

    1.   a Taurus 9mm handgun, serial number TJU01647;

    2.   one or more rounds of Barnes .357 caliber ammunition; and

    3.   one or more rounds of Perfecta .380 caliber ammunition.

All in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION 1

Upon conviction of one or more crimes alleged in Counts 1 through 7 of this Indictment, the defendants,

O.C. RAWLS
KEVION LYNELL LITTLEJOHN
BOBBY CHARLES BURKS aka Bird
TAUJI LAEWON RAWLS
SHONQUELOUS VITEE BURNETT, and
KENNETH LARAY JOHNSON,

shall forfeit to the United States, under Title 21, United States Code, Section 853(a)(1), all property constituting, or derived from, any proceeds the person obtained, directly or indirectly, as a result of the offense, including, but not limited to, the following specific property: $2792.00 seized at 3108 Shelby Drive, Benton, Arkansas on May 16, 2019.

## FORFEITURE ALLEGATION 2

Upon conviction of one or more crimes alleged in Counts 1 through 7 of this Indictment, the defendants,

O.C. RAWLS
KEVION LYNELL LITTLEJOHN
BOBBY CHARLES BURKS aka Bird
TAUJI LAEWON RAWLS
SHONQUELOUS VITEE BURNETT, and
KENNETH LARAY JOHNSON,

shall forfeit to the United States, under Title 21, United States Code, Section 853(a)(2), all of the person's property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of the offense.

## FORFEITURE ALLEGATION 3

Upon conviction of one or more crimes charged in Counts 8 and 9 of this Indictment, the defendant, TAUJI LAEWON RAWLS, shall forfeit to the United States, under Title 18, United

States Code, Section 924(d), Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense, including, but not limited to, the following specific property:

1. a Llama .45 caliber handgun, serial number A12982;
2. a Draco Cal. 7.62x39mm, serial number DA778215RO;
3. a Ruger P93DC, 9mm handgun, serial number 30625082; and
4. a Masterpiece Arms 9mm handgun, serial number F2879,

and all ammunition seized in connection with the search on or about May 16, 2019.

## FORFEITURE ALLEGATION 4

Upon conviction of one or more crimes charged in Count 10 of this Indictment, the defendant, SHONQUELOUS VITEE BURNETT, shall forfeit to the United States, under Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense, including, but not limited to, the following specific property:

1. a Taurus 9mm handgun, serial number TJU01647;
2. one or more rounds of Barnes .357 caliber ammunition; and
3. one or more rounds of Perfecta .380 caliber ammunition,

seized in connection with the search on or about May 16, 2019.

**[END OF TEXT.  SIGNATURE PAGE ATTACHED.]**