IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 4:19-cr-00633-01 BSM |
| | ) | |
| OC RAWLS | ) | |

**NOTICE OF APPEAL**

Defendant appeals the judgment of conviction and sentence (Doc. 172) to the U.S. Court of Appeals for the Eighth Circuit.

He has moved (Doc. 174) to proceed IFP on appeal.

Respectfully submitted,

JOHN WESLEY HALL
  Ark. Bar No. 73047
1202 Main Street; Suite 210
Little Rock, Arkansas 72202-5057
(501) 371-9131 / fax (501) 378-0888
e-mail:  ForHall@aol.com
  *Attorney for Defendant*